HARRY H. LANG, appellant,

*v.*

MILDRED H. HEXTER et al., respondents.

[Argued May 23d, 1946.  Decided September 13th, 1946.]

*Mr. Wm. Elmer Brown, Jr.,* for the appellant.

*Messrs. Gross & Blumberg (Mr. Leo Blumberg* and *Mr. Max Mehler,* of counsel),* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Jayne, and reported at *137 N. J. Eq. 100.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, MCGEEHAN, JJ. 13.

*For reversal*—None.